## No. 27176

### The People of the State of Colorado v. Eugene Turner

(551 P.2d 200)

Decided June 28, 1976.

Dale Tooley, District Attorney, Brooke Wunnicke, Chief Appellate Deputy, for plaintiff-appellant.

Rollie R. Rogers, State Public Defender, James F. Dumas, Jr., Chief Deputy, Alvin D. Lichtenstein, Deputy, for defendant-appellee.

*En Banc*

PER CURIAM

This is an appeal by the District Attorney of the City and County of Denver taken pursuant to the provisions of section 16-12-102, C.R.S. 1973.

After examination of the record and the files herein, and after oral argument, it is our opinion that this case raises no issue which would have any precedential value.

The appeal is therefore dismissed.